# ELECTRONIC RECORD

CCA #   14-12-00628-CR

OFFENSE  Assault

STYLE:  Jasmine Monique Stelly v. The State of Texas

COUNTY  Harris

TRIAL COURT:   179th District Court

TRIAL COURT #:   1312109

TRIAL COURT JUDGE:   Judge, 179th District Court

DISPOSITION: *Affirmed as Reformed*

DATE:   2/21/13

JUSTICE: _____ PC ✓ S _____

PUBLISH: _____        DNP: ✓

_____ MOTION

FOR REHEARING IS: _____

DATE: _____

JUDGE: _____

CLK RECORD:  1 vol.

RPT RECORD:  4 vols

STATE BR:  yes

APP BR:  yes

SUPP CLK RECORD  1 vol. (sealed)

SUPP RPT RECORD  No

SUPP BR  No

PRO SE BR  No

## IN THE COURT OF CRIMINAL APPEALS

# 385-13

## ELECTRONIC RECORD

___state's___ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

*granted & remanded*

DATE: April 16, 2014

JUDGE: PC

_____ MOTION FOR REHEARING IN

CCA IS: _____ ON _____

JUDGE: _____

CCA # 385-13

Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____   PC: _____

PUBLISH: _____   DNP: _____

MOTION FOR STAY OF MANDATE IS:

_____ ON _____

JUDGE: _____